**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: CESAR IVAN FLORES; ANA MARIA FLORES, *Debtors*. | No. 11-55452 |
| ROD DANIELSON, *Trustee-Appellant*, v. CESAR IVAN FLORES; ANA MARIA FLORES, *Debtors-Appellees*. | D.C. No. 6:10-29956-MJ  ORDER |

Filed December 19, 2012

**ORDER**

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35–3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.